Matthew S. Block, ABA No. 0511094
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-264-3309
Facsimile: 907-276-2631
Email: blockm@lanepowell.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| Floyd Lindbloom,<br><br>      Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC and RECONTRUST COMPANY, N.A.,<br><br>      Defendants. | Case No. _____<br><br>**NOTICE OF REMOVAL** |

TO:   The United States District Court
      For The District of Alaska

AND TO: Law Offices of Alaska Legal Services Corporation
      Anchorage and Statewide Office
      1016 West Sixth Avenue, Suite 200
      Anchorage, AK 99501

  Defendants notify you that pursuant to 28 U.S.C. § 1331 and 28 U.S.C. §§ 1441 and 1446, Defendants hereby remove the above-captioned action from the Superior Court for the State of Alaska, Third Judicial District at Anchorage on the ground of jurisdiction based on federal question. Defendants submit the following statement in accordance with 28 U.S.C. § 1446:

  1.  On March 12, 2012, plaintiff Floyd Lindbloom ("Plaintiff") served Defendants with a Summons and Complaint for the above-captioned action filed in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, designated as Case No. 3AN-12-5854 CI. *See* Declaration of Matthew Block ("Block Decl.") ¶ 2 and Exhibits A and B thereto.

Plaintiff's Complaint is premised upon alleged events and/or omissions that occurred within the State of Alaska. *See* Ex. B ¶ 3.

2. This Court is the United States District Court for the district and division within which Plaintiff's action in the Superior Court for the State of Alaska, Third Judicial District in Anchorage, is pending. *See* 28 U.S.C. § 1441(a). Venue is therefore proper in this district pursuant to 28 U.S.C. § 1391(a) and (c).

3. As required by 28 U.S.C. § 1446(b), this Notice of Removal is timely filed within thirty (30) days from the date on which the action was served on Defendants. Decl. ¶ 4.

4. Federal question jurisdiction is available in actions involving only state-law claims where those claims necessarily involve the resolution of underlying questions of federal law. *See, e.g., Grable & Sons Metal Products, Inc. v. Darue Engineering and Mfg.*, 545 U.S. 308, 312 (2005); *California ex rel. Lockyer v. Dynergy, Inc.*, 375 F.3d 831, 841 (9th Cir. 2004). While some of Plaintiffs' claims are, on their face, state law claims, the central and overarching premise of them all is that Defendants violated the terms of a federal program and provisions of an agreement between Defendants and the federal government. In essence, Plaintiff seeks to enforce the terms of HAMP against Defendants, which will require the Court to determine, *inter alia*, whether a private right of action exists under HAMP and, if so, whether Defendants have violated the terms of that program or provisions of their contract with the federal government.

5. Plaintiff alleges as the basis of claims in his Complaint that Defendants violated the terms of the Federal HAMP, which is a program under the US Treasury Department authorized by federal law. *See* Ex. B ¶¶ 16 – 30. Because Plaintiff's claims are premised upon an alleged violation of federal law or regulations, this Court would have had jurisdiction over

**Notice of Removal**
*Floyd Lindbloom v.Specialized Loan Servicing, LLC, et. al.* (Case No. _____)        Page 2 of 4

Case 3:12-cv-00079-JWS   Document 1   Filed 04/11/12   Page 2 of 4

this case under 28 U.S.C. § 1331, had it been originally filed in this Court. The case is therefore removable to this Court pursuant to 28 U.S.C. § 1441(b).

6. Furthermore, federal law controls "a contract entered into pursuant to federal law and to which the government is a party." *County of Santa Clara v. AstraUSA*, 588 F.3d 1237, 1243 (9th Cir. 2009). Here, the terms of HAMP apply to Defendants, if at all, only if and to the degree Defendants entered into a Servicer Participation Agreement ("SPA") with the federal government. Thus, in order to reach any of Plaintiff's claims in this matter the Court must first determine, *inter alia*, whether a valid and enforceable SPA exists, whether Plaintiff is an appropriate party to bring an action purporting to enforce an SPA, and whether the provisions of any such SPA have been violated. Because Plaintiff's claims are premised on duties allegedly arising under a contract between Defendants and the federal government, this Court would have had jurisdiction over this case under 28 U.S.C. § 1331 had it originally been filed in this Court.

7. As required by 28 U.S.C. § 1446, a true and correct copy of all state court process, pleadings, or orders served on the removing parties to date are attached to the Block Declaration as Exhibit A. In addition, a copy of the Complaint as it appears in the file of the Superior Court is attached to the Block Declaration as Exhibit B.

8. By seeking removal, SLS does not waive, and expressly reserves, all rights, defenses, or objections of any nature that it may have to Plaintiff's claims, including but not limited to the right to compel arbitration of some or all of Plaintiff's claims.

11. A copy of this Notice of Removal is being concurrently filed with the Clerk of the Superior Court of Alaska, Third Judicial District at Anchorage, and concurrently served upon the Plaintiff's counsel pursuant to 28 U.S.C. § 1446(d).

**Notice of Removal**
*Floyd Lindbloom v.Specialized Loan Servicing, LLC, et. al.* (Case No. _____) Page 3 of 4

Case 3:12-cv-00079-JWS   Document 1   Filed 04/11/12   Page 3 of 4

DATED this 11th day of April, 2012.

                                      LANE POWELL LLC
                                      Attorneys for Defendants

                                      By /s/ Matthew S. Block
                                      Matthew S. Block, ABA No. 0511094
                                      Lane Powell LLC
                                      301 West Northern Lights Boulevard, Suite 301
                                      Anchorage, Alaska 99503-2648
                                      Tel:    907-277-3309
                                      Fax:    907-276-2631
                                      Email:  blockm@lanepowell.com

I certify that on April 11, 2012, a copy
of the foregoing was served by U.S. Mail on:

Law Offices of Alaska Legal Services Corporation
Anchorage and Statewide Office
1016 West Sixth Avenue, Suite 200
Anchorage, AK 99501

   /s/ Matthew S. Block
126285.0002/5352795.1

Notice of Removal
*Floyd Lindbloom v.Specialized Loan Servicing, LLC, et. al.* **(Case No. _____)**        Page 4 of 4

Case 3:12-cv-00079-JWS   Document 1   Filed 04/11/12   Page 4 of 4