Matthew S. Block, ABA No. 0511094
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-264-3309
Facsimile: 907-276-2631
Email: blockm@lanepowell.com
Attorneys for Defendant SLS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FLOYD LINDBLOOM,<br><br>                        Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC and RECONTRUST COMPANY, N.A.,<br><br>                      Defendants. | Case No. 3:12-CV-00079-JWS<br><br>**MOTION TO DISMISS AND REFUND FILING FEES** |

COMES NOW Defendant Specialized Loan Servicing, LLC, by and through counsel, and moves to dismiss the above-captioned case and have the filing fee refunded by the Court Clerk. This case had been previously removed by Defendant ReconTrust Company's counsel, Joseph Reece on April 4, 2012. *See* Case No. 3:12-cv-00071-JWS.

DATED this 13th day of April, 2012.

                                                                               By: /s/ Matthew S. Block
                                                                               Matthew S. Block, ABA No. 0511094

I certify that on April 13, 2012, a copy
of the foregoing was served by U.S. Mail on:

Robert Lynch
Law Offices of Alaska Legal Services Corporation
Anchorage and Statewide Office
1016 West Sixth Avenue, Suite 200
Anchorage, AK 99501

Joseph Reece
Davis Wright Tremaine, LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501

/s/ Matthew S. Block
126285.0002/5359095.1