# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| *FLOYD LINDBLOOM* | v. | *SPECIALIZED LOAN SERVICING, LLC, et al.* |
| THE HONORABLE JOHN W. SEDWICK | | CASE NO. 3:12-cv-00079 (JWS) |

PROCEEDINGS:　**ORDER FROM CHAMBERS**　　　Date: May 31, 2012

At docket 5, plaintiff moves for an order dismissing this case and for a refund of the filing fee. It is clear that the case should be dismissed, but plaintiff cites no authority to support a refund of the filing fee. Regardless of the reason for filing the case, the fact is that it was filed and the Clerk of Court opened a file when the fee was paid.. Under these circumstances, the motion at docket 5 is **GRANTED in part** such that the case is dismissed, and the Clerk will please close the file, The motion at docket 5 is **DENIED in part** without prejudice concerning the request for a refund of the fling fee. If plaintiff can find authority which authorizes the court to refund the filing fee, a new motion requesting the refund may be filed in this closed case, provided that the motion is filed within fourteen days from the date of this order.